ROBERT L. BROSIO
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
ASSISTANT UNITED STATES ATTORNEY
    312 NORTH SPRING STREET
    LOS ANGELES, CA 90012
    213-894-2470
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JACQUELINE JOYCE MCKENZIE<br>A/K/A JACQUELINE J. JOHNSON<br><br>    Defendant(s). | COURT NO: CV 90A 90277<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from JACQUELINE JOYCE MCKENZIE A/K/A JACQUELINE J. JOHNSON, the sum of $2,200.00 as principal, $790.19 as accrued prejudgment interest, $0 administrative charges, and $20.00 costs, for a total amount of $3,010.19, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED:

MAY 25 1990

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____ LINDA CHAI
    Deputy Clerk